UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22376-CIV-MARTINEZ-BECERRA

HAROLD JEAN-BAPTISTE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on all dispositive motions. (ECF No. 4.) Defendants the United States Department of Justice; Attorney General Merrick B. Garland, in his official capacity as Attorney General of the United States; the Federal Bureau of Investigations; Director Christopher Wray, in his official capacity as the Director of the Federal Bureau of Investigations; and Juan Antonio Gonzalez, as the former United States Attorney for the Southern District of Florida (collectively, "Defendants"), moved to dismiss Plaintiff Harold Jean-Baptiste's Fourth Amended Complaint, (the "Motion to Dismiss"), (ECF No. 32.) On July 21, 2023, Judge Becerra filed a Report and Recommendation recommending that (1) the Motion to Dismiss, (ECF No. 32), be granted; (2) the Fourth Amended Complaint, (ECF No. 24), be dismissed without prejudice; (3) Plaintiff's motions for default judgment, (ECF Nos. 33, 36, 44, 48, and 49), be denied; and (4) Plaintiff be allowed one final opportunity to amend and correct the Fourth Amended Complaint to address the deficiencies outlined in the Report and Recommendation. (ECF No. 50.) On July 32, 2023, Petitioner timely filed his objections to the Report and

Recommendation (the "Objection"), (ECF No. 51). Defendants did not file any objections, and the time to object has passed. (*See* ECF No. 50 at 12.)

This Court perused the entire file and record, reviewed applicable law, and conducted a *de novo* review of the issues the Objection presents and is otherwise fully advised in the premises. After careful consideration, this Court finds that the issues raised in the Objection, (ECF No. 51), were already addressed in Judge Becerra's thorough and well-reasoned Report and Recommendation, (*see generally* ECF No. 50), or are without merit.

Therefore, it is **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 50), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Objection, (ECF No. 51), is **OVERRULED**.

2. The Motion to Dismiss, (ECF No. 32), is **GRANTED**.

3. The Fourth Amended Complaint, (ECF No. 24), is **DISMISSED WITHOUT PREJUDICE**.

4. The Motions for Default, (ECF Nos. 33, 36, 44, 48, 49), are **DENIED**.

5. Plaintiff has **one final opportunity** to amend his pleading. Should Plaintiff wish to amend his pleading, **on or before September 22, 2023**, Plaintiff **SHALL** file an Amended Complaint that corrects the deficiencies outlined in the Report and Recommendation, (ECF No. 50). Plaintiff **SHALL** title the amended pleading "Fifth Amended Complaint." The amended pleading **MUST** include "**Case Number: 22-22376-CIV-MARTINEZ-BECERRA**" in the case caption so that the amended pleading is docketed in the correct action.

6. *Plaintiff's failure to file an amended complaint on or before the deadline set forth herein will result in the dismissal of this action without prejudice and without further notice.*

7. The Clerk is **DIRECTED** to mail Plaintiff a copy of this Order and Judge Becerra's Report and Recommendation, (ECF No. 50), to Plaintiff at the address provided for Plaintiff on this Court's docket.

8. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only pending the filing of Plaintiff's amended complaint. This shall not affect the Parties' substantive rights.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Harold Jean-Baptiste, *pro se*