UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  22-22376-CIV-MARTINEZ-SANCHEZ**

HAROLD JEAN-BAPTISTE,

     Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint (the "Motion") (ECF No. 60). (ECF No. 66.) Judge Sanchez filed an R&R recommending that the Motion be granted and that Plaintiff's Fifth Amended Complaint be dismissed with prejudice. (ECF No. 67.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

     Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 67), is **AFFIRMED** and **ADOPTED**. Further, it is:

     **ADJUDGED** that Defendants' Motion, (ECF No. 60), is **GRANTED** as set forth in the R&R. Plaintiff's Fifth Amended Complaint is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

     **DONE AND ORDERED** in Miami, Florida, this 27 day of August, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record
Harold Jean-Baptiste, *pro se*